HERZLICH & BLUM, LLP
Attorneys-At-Law
ENCINO GATEWAY BUILDING
15760 VENTURA BOULEVARD, SUITE 2024
ENCINO, CALIFORNIA 91436-3095
Telephone (818) 783-8991
Facsimile (818) 783-6682
Allan Herzlich   State Bar #100920
Jerome J. Blum   State Bar #100317

**Attorneys for Judgment Creditor**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDLAND INNOVATIONS, NV, <br><br> Plaintiff, <br><br> vs. <br><br> WEILAND INTERNATIONAL, INC.; and WEN WANG, <br><br> Defendants. | CASE NO. 4:07-mc-80257-CW <br><br> NOTICE OF LODGING OF CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY |

PLEASE TAKE NOTICE that Judgment Creditor MIDLAND INNOVATIONS, NV hereby lodges the attached [Proposed] Order on Request for Approval of Substitution of Attorney.

DATED: November 7, 2013

Respectfully submitted,
Herzlich & Blum, LLP

By: _____
Jerome J. Blum
Attorneys for Judgment Creditor

"BY FAX"

NOTICE OF LODGING, ETC.

AO 214 (Rev. 3/01) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

Midland Innovations, NV
    Plaintiff (s),

v.

Weiland International, Inc., et al
    Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4'07-mc-80257-CW

Notice is hereby given that, subject to approval by the court, Midland Innovations, NV substitutes
(Party (s) Name)

Jerome J. Blum _____, State Bar No. 100317 as counsel of record in
(Name of New Attorney)

place of Martin B. Greenbaum
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Herzlich & Blum, LLP
    Address: 15760 Ventura Blvd., Ste. 2024, Encino, CA 91436
    Telephone: (818) 783-8991    Facsimile (818) 783-6682
    E-Mail (Optional): jerry@herzlich-blum.com

I consent to the above substitution.
Date: 31 OCT 2013

Midland Innovations, NV
By: Agnes Bail, President
(Signature of Party (s))

I consent to being substituted.
Date: 11/5/2013

Martin B. Greenbaum
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/7/2013

Jerome J. Blum
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/6/2013

Claudia Wilken
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

<u>Midland Innovations v. Weiland International, et al.</u>
U.S. District Court Case No. 4:07-mc-80257-CW

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 15760 Ventura Blvd., Suite 2024, Encino, CA 91436.

On November 7, 2013, I served the foregoing document described as NOTICE OF LODGING OF [Proposed] CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY; CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY [Proposed] on the interested parties in this action as follows:

by placing ____ the original _X_ a true and correct copy thereof enclosed in a sealed envelope addressed as stated on the attached service list:

_X_ **BY MAIL** I deposited each such envelope in the mail at Encino, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ **BY PERSONAL SERVICE** I caused such envelope to be delivered by hand to the office of the addressee, as indicated on the attached service list.

____ **BY FACSIMILE** I caused a true and correct copy of the within document to be transmitted by facsimile transmission, which was reported as complete and without error, to the address and telecopy number as indicated on the attached service list.

____ **OVERNITE EXPRESS** ____ **FEDERAL EXPRESS** ____ **UPS**
I caused such envelope to be deposited, in accordance with the firm's practice of collection and processing correspondence for ____ **overnight delivery** ____ **2-day delivery** at the address(es) indicated on the attached service list.

Executed on November 7, 2013, at Encino, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Richard Contreras

## SERVICE LIST

Martin B. Greenbaum
Greenbaum Law Group
840 Newport Center Drive Suite 720
Newport Beach, CA 92660

WITHDRAWING ATTORNEY


Weiland International, Inc.
c/o Wen Wang, Agent for Service of Process
2956 W Castle Pines Ter.
Dublin, CA 94568

JUDGMENT DEBTOR


Wen Wang
2956 W. Castle Pines Ter.
Dublin, CA 94568

JUDGMENT DEBTOR


Hon. Claudia Wilken
Oakland Courthouse
Courtroom 2 - 4th Floor
1301 Clay Street
Oakland, CA 94612

ASSIGNED JUDGE