**AT-138, EJ-125**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Allan Herzlich/Jerome J. Blum    SBN 100920/100317<br>Herzlich & Blum, LLP<br>15760 Ventura Blvd., Suite 2024<br>Encino, CA 91436<br>TELEPHONE NO.: (818) 783-8991  FAX NO.: (818) 783-6682<br>ATTORNEY FOR *(Name)*: Midland Innovations, NV | **RECEIVED**<br>MAR 2 4 2014<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |
| NAME OF COURT: United States District Court<br>STREET ADDRESS: 1301 Clay Street<br>MAILING ADDRESS: 1301 Clay Street<br>CITY AND ZIP CODE: Oakland, CA 94612<br>BRANCH NAME: Nothern District of California, Oakland | |
| PLAINTIFF: Midland Innovations, NV<br><br>DEFENDANT: Weiland International Inc., et al. | |
| **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**<br>[X] **ENFORCEMENT OF JUDGMENT**    [ ] **ATTACHMENT (Third Person)**<br>[X] **Judgment Debtor**    [ ] **Third Person** | CASE NUMBER:<br>4:07-mc-80257-CW |

**ORDER TO APPEAR FOR EXAMINATION**

1. TO *(name)*:  Wen Wang
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [X] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

| Date: 6/23/14 | Time: 9:30 a.m. | Dept. or Div.: Ctrm 14/18th Fl Rm.: |
|---|---|---|
| Address of court  [X] shown above  [X] is: 450 Golden Gate Avenue, San Francisco, CA 94102 | | |

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person *(name)*:

Date: April 9, 2014                             ▶ _____
                                                        JUDGE OR REFEREE

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [X] Judgment creditor    [ ] Assignee of record    [ ] Plaintiff who has a right to attach order
   applies for an order requiring *(name)*:  Wen Wang                                                  to appear and furnish information
   to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [X] the judgment debtor.
   b. [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or *(attachment only)* the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: February 28, 2014

Jerome J. Blum                                        ▶ _____
(TYPE OR PRINT NAME)              (Continued on reverse)         (SIGNATURE OF DECLARANT)

Form Adopted for Mandatory Use<br>Judicial Council of California<br>AT-138, EJ-125 [Rev. July 1, 2000]    *Martin Dean's* **ESSENTIAL FORMS™**   |   **APPLICATION AND ORDER**<br>**FOR APPEARANCE AND EXAMINATION**<br>(Attachment-Enforcement of Judgment)   |   Code of Civil Procedure,<br>§§ 491.110, 708.110, 708.120

**APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)**

**NOTICE TO JUDGMENT DEBTOR** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**APPEARANCE OF A THIRD PERSON
(ENFORCEMENT OF JUDGMENT)**

**(1) NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR** The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters):*




If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on judgment creditor not later than three days before the date set for the examination.
You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

**APPEARANCE OF A THIRD PERSON (ATTACHMENT)**

**NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

**APPEARANCE OF A CORPORATION, PARTNERSHIP,
ASSOCIATION, TRUST, OR OTHER ORGANIZATION**

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

AT-138, EJ-125 [Rev. July 1, 2000]


Martin Dean's
ESSENTIAL FORMS™

APPLICATION AND ORDER
FOR APPEARANCE AND EXAMINATION
(Attachment–Enforcement of Judgment)

Page two

Certification of Judgment (AO 4     ev - SDNY 5/25/06)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

MIDLAND INNOVATIONS, NV,

                Plaintiff,

-against-

WEILAND INTERNATIONAL INC , and
WEN WANG,

                Defendant

-------------------------------------------------X

05   CIVIL 3069 (JES)
**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**
Judgment #06,1216

FILED
NOV - 8 2007
RICHARD W WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CV- 07 - 80257 -MISC.

    I, J Michael McMahon, Clerk of this United States District Court certify that the attached is a true and correct copy of the judgment entered in this action on September 19, 2007 as it appears in the records of this court, and that·

- [x] No notice of appeal has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed

- [ ] No notice of appeal has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest orders disposing of such a motion having been entered on _____

- [ ] An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on _____

- [ ] An appeal was taken from this judgment and the appeal was dismissed by order entered on _____

    IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on October 19, 2007

                                    J. Michael McMahon

                                    _____

                                    Clerk

                                    _____

                                    **(By) Deputy Clerk**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

MIDLAND INNOVATIONS, NV,

        Plaintiff,

    -against-

WEILAND INTERNATIONAL INC., and
WEN WANG,

        Defendants
---------------------------------------x

Case No. 05 CV 3069(JES)

SUPPLEMENTAL
ORDER AND JUDGMENT

    On March 14, 2006 (Exhibit A), this Court issued an Order directing a fine of $2,500.00 (two thousand five hundred dollars) per day until Defendants appear for a deposition and produce documents, Defendants have failed to comply by failing to appear for a deposition or producing the documents requested, this Court issued a Second Order on May 25, 2006, directing Defendants to pay $162,500.00 (one hundred sixty-two thousand five hundred dollars) for failing to appear for over sixty-five (65) days since the entry of the original Order of March 14, 2006, Defendants have still failed to appear for a deposition, and failed to produce documents, and the Court having considered all matters raised, it is

    **ORDERED** that Defendants be found in further default of the March 14, 2006 Order (Exhibit A), and the May 25, 2006 Order (Exhibit B), and it is further

    **ORDERED** that Defendants, and all those acting in concert or privity with, or aiding or cooperating with them, be ordered to pay an additional $2,500.00 (two thousand five hundred dollars) per day for the four hundred eighty-nine (489) days since the order of May 25, 2006, or a total amount of $1,222,500.00 (one million two hundred twenty-two thousand five hundred dollars) in addition to the $162,500.00 (one hundred sixty-two thousand five hundred dollars),

for a total of $1,385,000 00 (one million three hundred eighty-five thousand dollars), all with the addition of attorney's fees and costs of Plaintiff; and it is further

**ORDERED** that if any assets are transferred, sold or assigned to avoid this Order, such transfer, sale or assignment shall be null and void as if it never occurred, and it is further

**ORDERED** that Plaintiff shall serve a copy of this Supplemental Order and Judgment upon Defendants by U.S. Mail, and it is further

**ORDERED** that this Supplemental Order and Judgment may be entered immediately in a U S. District Court in the State of California or any other State for enforcement against Defendants, and it is further

**ORDERED** that this Supplemental Order and Judgment adds to and supplements the Order of May 25, 2006

**Dated**   New York, New York
~~July~~    , 2007

9-10-07

John E Sprizzo
United States District Judge

A CERTIFIED COPY
J. MICHAEL McMAHON,   CLERK
BY _Marcos Quintero_
DEPUTY CLERK