IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDLAND INNOVATIONS, NV, | MC 07-80257 CW |
| Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
| v. | |
| WEILAND INTERNATIONAL INC., et al., | |
| Defendants. | |

Plaintiff's Ex Parte Application for Emergency Relief filed on May 27, 2014, is hereby referred to United States Magistrate Judge James for handling. Counsel will be advised of the date, time and place of such proceedings by notice from Magistrate Judge James.

Dated: 5/27/2014

CLAUDIA WILKEN
United States District Judge

MagRef; MEJ