|   |   |
|---|---|
| 1 | HERZLICH & BLUM, LLP |
|   | Attorneys-At-Law |
| 2 | ENCINO GATEWAY BUILDING |
|   | 15760 VENTURA BOULEVARD, SUITE 2024 |
| 3 | ENCINO, CALIFORNIA 91436-3095 |
|   | Telephone (818) 783-8991 |
| 4 | Facsimile  (818) 783-6682 |
|   | Allan Herzlich   State Bar #100920 |
| 5 | Jerome J. Blum  State Bar #100317 |
|   | Andrew Isaac   State Bar #293262 |

**Attorneys for Judgment Creditor**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MIDLAND INNOVATIONS, NV, | ) | CASE NO. 4:07-mc-80257-CW |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | ORDER TO SHOW CAUSE WHY AN |
|  | ) | ORDER FOR SALE OF DWELLING |
| vs. | ) | SHOULD NOT BE ISSUED |
|  | ) | [Proposed] |
| WEILAND INTERNATIONAL, INC.; and | ) | (C.C.P. § 704.770) |
| WEN WANG, | ) |  |
|  | ) | Hon. Nandor J. Vadas |
| Defendants. | ) |  |
|  | ) | Phillip Burton Federal Bldg. |
|  | ) | 450 Golden Gate Avenue |
|  | ) | San Francisco, California |
|  | ) | DATE: __July 17____, 2014 |
|  | ) | TIME: _1:00 pm._ |
|  | ) | DEPT: _Courtroom D_ |

TO JUDGMENT DEBTOR WEN WANG AND JUDGMENT DEBTOR WEILAND INTERNATIONAL INC, TO WEIPING CHEN AND HONGDI REN, AND TO ALL OTHER INTERESTED PERSONS:

The Court, having considered the Application of Judgment Creditor MIDLAND INNOVATIONS, NV for an Order for Sale of Dwelling, and upon a showing of good cause,

/ / /

/ / /

ORDER TO SHOW CAUSE WHY AN ORDER FOR SALE OF DWELLING SHOULD NOT BE ISSUED

| | |
|---|---|
| 1 | |
| 2 | IT IS HEREBY ORDERED that, good cause having been shown, Judgment Debtor WEN |
| 3 | WANG and Judgment Debtor WEILAND INTERNATIONAL INC and Weiping Chen and |
| 4 | Hongdi Ren appear on __July 17__, 2014, at 1:00 in D̶e̶p̶a̶r̶t̶m̶e̶n̶t̶ Courtroom D of the above-entitled |
| 5 | Courthouse, located at 450 Golden Gate,, to show cause, if any, why the Application |
| 6 | filed by MIDLAND INNOVATIONS, NV should not be granted. |

IT IS FURTHER ORDERED that a copy of this Order to Show Cause, of the Application of the Judgment Creditor, and of the Notice of Hearing in the form prescribed by the California Judicial Council shall be served, personally or by mail, on Judgment Debtor WEN WANG and on Judgment Debtor WEILAND INTERNATIONAL INC and on Weiping Chen and on Hongdi Ren. Copies of each of these documents shall also be personally served on the occupant(s) of the dwelling or, if no occupant(s) is/are present at the time of service is attempted, posted in a conspicuous place at the dwelling. Service and posting of these documents shall be accomplished at least 30 days before the date of the hearing set forth above, as required pursuant to C.C.P. § 704.770(b).

DATED: June 6, 2014

_____
U.S. D̶i̶s̶t̶r̶i̶c̶t̶ ̶C̶o̶u̶r̶t̶ Magistrate Judge