1  HERZLICH & BLUM, LLP
   Attorneys-At-Law
2  ENCINO GATEWAY BUILDING
   15760 VENTURA BOULEVARD, SUITE 2024
3  ENCINO, CALIFORNIA 91436-3095
   Telephone (818) 783-8991
4  Facsimile  (818) 783-6682
   Allan Herzlich   State Bar #100920
5  Jerome J. Blum  State Bar #100317
   Andrew Isaac   State Bar #293262
6
   **Attorneys for Judgment Creditor**
7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  MIDLAND INNOVATIONS, NV,         )   CASE NO. 4:07-mc-80257-CW
                                     )
12           Plaintiff,              )   PROOFS OF SERVICE ON JUDGMENT
                                     )   DEBTORS AND THIRD PERSONS OF
13       vs.                         )   1) ORDER TO SHOW CAUSE WHY AN
                                     )   ORDER FOR SALE OF DWELLING
14  WEILAND INTERNATIONAL, INC.; and )   SHOULD NOT BE ISSUED;
    WEN WANG,                        )   2) APPLICATION FOR ORDER FOR SALE
15                                   )   OF DWELLING; DECLARATION OF
             Defendants.             )   JEROME J. BLUM IN SUPPORT THEREOF;
16                                   )   3) DECLARATION OF APPRAISER JACOB
                                     )   UZUNCAN; 4) NOTICE OF HEARING ON
17                                   )   RIGHT TO HOMESTEAD EXEMPTION; and
                                     )   5) ORDER FOR SALE OF DWELLING
18                                   )   [Proposed]
                                     )   (C.C.P. § 704.770(b)(1))
19                                   )
                                     )   Hon. Nandor J. Vadas
20                                   )
                                     )   DATE: July 17, 2014
21                                   )   TIME: 1:00 P.M.
                                     )   DEPT: Courtroom D
22  _____  )

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

<u>Midland Innovations v. Weiland International, et al.</u>
U.S. District Court Case No. 4:07-mc-80257-CW

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 15760 Ventura Blvd., Suite 2024, Encino, CA 91436.

On June 9, 2014, I served the foregoing document described as: ORDER TO SHOW CAUSE WHY AN ORDER FOR SALE OF DWELLING SHOULD NOT BE ISSUED (C.C.P. § 704.770) on the interested parties in this action as follows:

by placing ____ the original _X_ a true and correct copy thereof enclosed in a sealed envelope addressed as stated on the attached service list:

____ **BY MAIL** I deposited each such envelope in the mail at Encino, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ **BY PERSONAL SERVICE** I caused such envelope to be delivered by hand to the office of the addressee, as indicated on the attached service list.

_____ **BY FACSIMILE** I caused a true and correct copy of the within document to be transmitted by facsimile transmission, which was reported as complete and without error, to the address and telecopy number as indicated on the attached service list.

__x__ **OVERNITE EXPRESS** _____ **FEDERAL EXPRESS** _____ **UPS**
I caused such envelope to be deposited, in accordance with the firm's practice of collection and processing correspondence for __x__ **overnight delivery** ____ **2-day delivery** at the address(es) indicated on the attached service list.

Executed on June 9, 2014, at Encino, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_/s/ Richard Contreras_
Richard Contreras

## **SERVICE LIST**

Weiland International, Inc.
c/o Wen Wang, Agent for Service of Process
2956 W Castle Pines Ter.
Dublin, CA 94568

JUDGMENT DEBTOR


Wen Wang
2956 W. Castle Pines Ter.
Dublin, CA 94568

JUDGMENT DEBTOR


Weiping Chen
2956 W Castle Pines Ter.
Dublin, CA 94568

THIRD PERSON


Hongdi Ren
2956 W Castle Pines Ter.
Dublin, CA 94568

THIRD PERSON

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

<u>Midland Innovations v. Weiland International, et al.</u>
U.S. District Court Case No. 4:07-mc-80257-CW

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 15760 Ventura Blvd., Suite 2024, Encino, CA 91436.

    On June 9, 2014, I served the foregoing document described as: APPLICATION FOR ORDER FOR SALE OF DWELLING; DECLARATION OF JEROME J. BLUM IN SUPPORT THEREOF. (C.C.P. § 704.750) on the interested parties in this action as follows:

by placing ____ the original _X_ a true and correct copy thereof enclosed in a sealed envelope addressed as stated on the attached service list:

    _____ **BY MAIL** I deposited each such envelope in the mail at Encino, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    _____ **BY PERSONAL SERVICE** I caused such envelope to be delivered by hand to the office of the addressee, as indicated on the attached service list.

    _____ **BY FACSIMILE** I caused a true and correct copy of the within document to be transmitted by facsimile transmission, which was reported as complete and without error, to the address and telecopy number as indicated on the attached service list.

_x_ **OVERNITE EXPRESS**   _____ **FEDERAL EXPRESS**   _____ **UPS**
I caused such envelope to be deposited, in accordance with the firm's practice of collection and processing correspondence for _x_ **overnight delivery** _____ **2-day delivery** at the address(es) indicated on the attached service list.

    Executed on June 9, 2014, at Encino, California.

    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                            /s/ Richard Contreras
                                            Richard Contreras

## **SERVICE LIST**

Weiland International, Inc.
c/o Wen Wang, Agent for Service of Process
2956 W Castle Pines Ter.
Dublin, CA 94568

JUDGMENT DEBTOR


Wen Wang
2956 W. Castle Pines Ter.
Dublin, CA 94568

JUDGMENT DEBTOR


Weiping Chen
2956 W Castle Pines Ter.
Dublin, CA 94568

THIRD PERSON


Hongdi Ren
2956 W Castle Pines Ter.
Dublin, CA 94568

THIRD PERSON

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

<u>Midland Innovations v. Weiland International, et al.</u>
U.S. District Court Case No. 4:07-mc-80257-CW

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 15760 Ventura Blvd., Suite 2024, Encino, CA 91436.

On June 9, 2014, I served the foregoing document described as: DECLARATION OF APPRAISER JACOB UZUNCAN on the interested parties in this action as follows:

by placing ____ the original _X_ a true and correct copy thereof enclosed in a sealed envelope addressed as stated on the attached service list:

_____ **BY MAIL** I deposited each such envelope in the mail at Encino, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ **BY PERSONAL SERVICE** I caused such envelope to be delivered by hand to the office of the addressee, as indicated on the attached service list.

_____ **BY FACSIMILE** I caused a true and correct copy of the within document to be transmitted by facsimile transmission, which was reported as complete and without error, to the address and telecopy number as indicated on the attached service list.

__x__ **OVERNITE EXPRESS** _____ **FEDERAL EXPRESS** _____ **UPS**
I caused such envelope to be deposited, in accordance with the firm's practice of collection and processing correspondence for __x__ **overnight delivery** _____ **2-day delivery** at the address(es) indicated on the attached service list.

Executed on June 9, 2014, at Encino, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_/s/ Richard Contreras_
Richard Contreras

# SERVICE LIST

Weiland International, Inc.
c/o Wen Wang, Agent for Service of Process
2956 W Castle Pines Ter.
Dublin, CA 94568

JUDGMENT DEBTOR


Wen Wang
2956 W. Castle Pines Ter.
Dublin, CA 94568

JUDGMENT DEBTOR


Weiping Chen
2956 W Castle Pines Ter.
Dublin, CA 94568

THIRD PERSON


Hongdi Ren
2956 W Castle Pines Ter.
Dublin, CA 94568

THIRD PERSON

                        PROOF OF SERVICE

           STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

       <u>Midland Innovations v. Weiland International, et al.</u>
            U.S. District Court Case No. 4:07-mc-80257-CW

       I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 15760 Ventura Blvd., Suite 2024, Encino, CA 91436.

       On June 9, 2014, I served the foregoing document described as: NOTICE OF HEARING ON RIGHT TO HOMESTEAD EXEMPTION on the interested parties in this action as follows:

by placing ____ the original _X_ a true and correct copy thereof enclosed in a sealed envelope addressed as stated on the attached service list:

_____ **BY MAIL** I deposited each such envelope in the mail at Encino, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ **BY PERSONAL SERVICE** I caused such envelope to be delivered by hand to the office of the addressee, as indicated on the attached service list.

_____ **BY FACSIMILE** I caused a true and correct copy of the within document to be transmitted by facsimile transmission, which was reported as complete and without error, to the address and telecopy number as indicated on the attached service list.

__x__ **OVERNITE EXPRESS** _____ **FEDERAL EXPRESS** _____ **UPS**
I caused such envelope to be deposited, in accordance with the firm's practice of collection and processing correspondence for __x__ **overnight delivery** _____ **2-day delivery** at the address(es) indicated on the attached service list.

       Executed on June 9, 2014, at Encino, California.

       I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                        _____
                                        Richard Contreras

## SERVICE LIST

Weiland International, Inc.
c/o Wen Wang, Agent for Service of Process
2956 W Castle Pines Ter.
Dublin, CA 94568

JUDGMENT DEBTOR


Wen Wang
2956 W. Castle Pines Ter.
Dublin, CA 94568

JUDGMENT DEBTOR


Weiping Chen
2956 W Castle Pines Ter.
Dublin, CA 94568

THIRD PERSON


Hongdi Ren
2956 W Castle Pines Ter.
Dublin, CA 94568

THIRD PERSON

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

<u>Midland Innovations v. Weiland International, et al.</u>
U.S. District Court Case No. 4:07-mc-80257-CW

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 15760 Ventura Blvd., Suite 2024, Encino, CA 91436.

On June 9, 2014, I served the foregoing document described as: ORDER FOR SALE OF DWELLING [Proposed] on the interested parties in this action as follows:

by placing ____ the original _X_ a true and correct copy thereof enclosed in a sealed envelope addressed as stated on the attached service list:

____ **BY MAIL** I deposited each such envelope in the mail at Encino, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ **BY PERSONAL SERVICE** I caused such envelope to be delivered by hand to the office of the addressee, as indicated on the attached service list.

____ **BY FACSIMILE** I caused a true and correct copy of the within document to be transmitted by facsimile transmission, which was reported as complete and without error, to the address and telecopy number as indicated on the attached service list.

_x_ **OVERNITE EXPRESS** ____ **FEDERAL EXPRESS** ____ **UPS** I caused such envelope to be deposited, in accordance with the firm's practice of collection and processing correspondence for _x_ **overnight delivery** ____ **2-day delivery** at the address(es) indicated on the attached service list.

Executed on June 9, 2014, at Encino, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Richard Contreras

## SERVICE LIST

Weiland International, Inc.
c/o Wen Wang, Agent for Service of Process
2956 W Castle Pines Ter.
Dublin, CA 94568

JUDGMENT DEBTOR


Wen Wang
2956 W. Castle Pines Ter.
Dublin, CA 94568

JUDGMENT DEBTOR


Weiping Chen
2956 W Castle Pines Ter.
Dublin, CA 94568

THIRD PERSON


Hongdi Ren
2956 W Castle Pines Ter.
Dublin, CA 94568

THIRD PERSON