```
1  HERZLICH & BLUM, LLP
        Attorneys-At-Law
2    ENCINO GATEWAY BUILDING
   15760 VENTURA BOULEVARD, SUITE 2024
3    ENCINO, CALIFORNIA 91436-3095
        Telephone (818) 783-8991
4       Facsimile  (818) 783-6682
   Allan Herzlich   State Bar #100920
5  Jerome J. Blum   State Bar #100317
   Andrew Isaac   State Bar #293262
6
```

**Attorneys for Judgment Creditor**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDLAND INNOVATIONS, NV,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WEILAND INTERNATIONAL, INC.; and WEN WANG,<br><br>　　　　Defendants. | CASE NO. 4:07-mc-80257-CW<br><br>REQUEST TO PERMIT JUDGMENT CREDITOR'S COUNSEL TO APPEAR TELEPHONICALLY AT HEARING ON APPLICATION FOR ORDER FOR SALE OF DWELLING<br><br>Hon. Nandor J. Vadas<br><br><br><br>DATE: July 17, 2014<br>TIME: 1:00 P.M.<br>DEPT: Courtroom D |

TO THE HONORABLE COURT:

Judgment Creditor, MIDLAND INNOVATIONS, NV, respectfully requests permission for its counsel, Herzlich & Blum, LLP, to appear telephonically at the July 17, 2014, hearing on its Application for Order for Sale of Dwelling.

It is respectfully submitted that good cause exists for the Court to permit Judgment Creditor's counsel to appear telephonically, as its office is located in the Los Angeles area and

REQUEST TO PERMIT JUDGMENT CREDITOR'S COUNSEL TO APPEAR TELEPHONICALLY, ETC.

significant travel time and expense would be incurred if a personal appearance is required. In addition, no Opposition has been filed by the Judgment Debtor or any other person.

Dated: July 3, 2014                                  Herzlich & Blum, LLP

By: _____
Jerome J. Blum
Attorneys for Judgment Creditor

```
Parties may appear telephonically by dialing 888.684.8852 and entering
access code 1868782.

 IT IS SO ORDERED:

 Dated:  July 8, 2014
```

GRANTED
Judge Nandor J. Vadas
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REQUEST TO PERMIT JUDGMENT CREDITOR'S COUNSEL TO APPEAR TELEPHONICALLY, ETC.
2