**HERZLICH & BLUM, LLP**
Attorneys-At-Law
ENCINO GATEWAY BUILDING
15760 VENTURA BOULEVARD, SUITE 2024
ENCINO, CALIFORNIA 91436-3095
Telephone (818) 783-8991
Facsimile (818) 783-6682
Allan Herzlich   State Bar #100920
Jerome J. Blum   State Bar #100317
Andrew Isaac   State Bar #293262

**Attorneys for Judgment Creditor**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDLAND INNOVATIONS, NV,<br><br>            Plaintiff,<br><br>    vs.<br><br>WEILAND INTERNATIONAL, INC.; and WEN WANG,<br><br>            Defendants. | CASE NO. 4:07-mc-80257-CW<br><br>ORDER SHORTENING SERVICE REQUIREMENTS ON JUDGMENT CREDITOR MIDLAND INNOVATIONS, NV'S PETITION FOR HEARING ON THIRD PARTY CLAIM OF WEIPING CHEN; (C.C.P. § 720.310(c))<br>[Proposed]<br><br>Hon. Nandor J. Vadas<br><br><br><br>DATE: August 5, 2014<br>TIME: 10:00 a.m.<br>DEPT: _____ |

      The Court, having considered the Motion of Judgment Creditor MIDLAND INNOVATIONS, NV, for an Order Shortening Service Requirements on its Petition for Hearing on the Third Party Claim of Weiping Chen, and good cause appearing therefor:

/ / /

/ / /

/ / /

/ / /

---

ORDER SHORTENING SERVICE REQUIREMENTS, ETC.

IT IS ORDERED that a hearing is hereby set on Judgment Creditor's Petition for Hearing on the Third Party Claim of Weiping Chen on August 5, 2014, at __10:00__ in Courtroom _____ of the above-entitled Courthouse. Parties shall dial 888.684.8852 and enter access code 1868782.

IT IS FURTHER ORDERED that Judgment Creditor MIDLAND INNOVATIONS, NV is permitted to, no later than July 24, 2014, serve notice (by next-day overnight mail) of the time and the place of the hearing on its Petition for Hearing on the Third Party Claim of Weiping Chen (as required by C.C.P. § 720.320), as well as any substantive papers in support thereof, on Third Parties Weiping Chen and Hongdi Ren and Judgment Debtors WEN WANG and WEILAND INTERNATIONAL INC.

IT IS FURTHER ORDERED that Judgment Creditor MIDLAND INNOVATIONS, NV is permitted to, no later than July 25, 2014, file a copy of the notice of the time and the place of the hearing on its Petition for Hearing on the Third Party Claim of Weiping Chen (as required by C.C.P. § 720.320), as well as any substantive papers in support thereof, with the United States Marshals Service. The United States Marshals Service shall accept such filing as timely.

IT IS FURTHER ORDERED that Third Parties Weiping Chen and Hongdi Ren and Judgment Debtors WEN WANG and WEILAND INTERNATIONAL INC. are permitted to, no later than 5:00 P.M. on July 30, 2014, file and serve by e-mail (to jerry@herzlich-blum.com) opposition papers to Judgment Creditor MIDLAND INNOVATIONS, NV's Petition.

IT IS FURTHER ORDERED that if such opposition papers are filed, Judgment Creditor MIDLAND INNOVATIONS, NV is permitted to, no later than 5:00 P.M. on August 1, 2014, file

/ / /

/ / /

/ / /

and serve (by next-day overnight mail) reply papers to such opposition.

DATED: July 24, 2014

_____
HON. NANDOR J. VADAS
U.S. District Court Judge

ORDER SHORTENING SERVICE REQUIREMENTS, ETC.
3