HERZLICH & BLUM, LLP
Attorneys-At-Law
ENCINO GATEWAY BUILDING
15760 VENTURA BOULEVARD, SUITE 2024
ENCINO, CALIFORNIA 91436-3095
Telephone (818) 783-8991
Facsimile (818) 783-6682
Allan Herzlich   State Bar #100920
Jerome J. Blum   State Bar #100317
Andrew Isaac   State Bar #293262

**Attorneys for Judgment Creditor**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDLAND INNOVATIONS, NV, <br><br> Plaintiff, <br><br> vs. <br><br> WEILAND INTERNATIONAL, INC.; and WEN WANG, <br><br> Defendants. | CASE NO. 4:07-mc-80257-CW <br><br> ORDER ENJOINING THE LEVYING OFFICER FROM RELEASING REAL PROPERTY LEVIED UNDER A WRIT OF EXECUTION <br> (C.C.P. § 720.380) <br> [Proposed] <br><br> Hon. Nandor J. Vadas |

The Court, having considered the Ex Parte Application of Judgment Creditor MIDLAND INNOVATIONS, NV, and good cause appearing therefor:

IT IS ORDERED that the levying officer (the United States Marshals Service, Northern District of California), is hereby enjoined from releasing, disposing, assigning, or otherwise

/ / /

/ / /

---

ORDER ENJOINING THE LEVYING OFFICER FROM RELEASING
REAL PROPERTY LEVIED UNDER A WRIT OF EXECUTION

transferring the real property commonly known as 2956 W. Castle Pines Terrace, Dublin, CA 94568, until further order of this Court.

IT IS FURTHER ORDERED that a hearing on Judgment Creditor MIDLAND INNOVATIONS, NV's ex parte application (~~filed on July 25, 2014~~) shall, and hereby is, set for hearing on noticed motion to be heard on  August 5 , 2014, at  10:00  a.~~m.~~ in Courtroom  205  of the above-entitled Courthouse. Parties may appear by phone by dialing 888.684.8852 and entering access code 1868782.

DATED:  7/29/14

HON. NANDOR J. VADAS
U.S. District Court Judge

2

ORDER ENJOINING THE LEVYING OFFICER FROM RELEASING
REAL PROPERTY LEVIED UNDER A WRIT OF EXECUTION