1   Ming Ji, Esq. (SBN: 256696)
2   Vigor Law Group
     777 North First Street, Suite 415
3   San Jose, CA 95112
     Telephone: (408) 283-9299
4   Facsimile: (408) 283-9399
     mji@vigorlaw.com
5

6   Attorneys for Third Parties:
     Weiping Chen and Hongdi Ren
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### EUREKA DIVISION

| | |
|---|---|
| MIDLAND INNOVATIONS, NV, | Case No. 4:07-mc-80257-CW |
|        Plaintiff, | **ORDER GRANTING CONTINUANCE OF HEARING** |
|    V. | **DATE: August 12, 2014** |
| WEILAND INTERNATIONAL, INC.; and WEN WANG, | **TIME: 10:00 a.m.** |
| | **JUDGE: Hon. NANDOR J. VADAS** |
|        Defendants. | |

Having read and considered the Stipulation to Continue Hearing submitted by Plaintiff and Third Parties, and good cause appearing therefor,

IT IS ORDERED that the hearing on Plaintiff's Objection to Undertaking Filed by Third Party Claimant Weiping Chen, Petition for Hearing on Third Party Claim of Weiping Chen, and Application for Emergency Relief is hereby continued to be hearing on August 12, 2014 at 1:00 p.m.

DATED: August 8, 2014

_____
Hon. Nandor J. Vadas
U.S. ~~District~~ Court Judge
Magistrate

_____
ORDER GRANTING CONTINUANCE OF HEARING        1