James G. Schwartz, Esq.        (SBN 069371)
Joshua Brysk, Esq.             (SBN 184200)
Law Offices of James G. Schwartz
A Professional Corporation
7901 Stoneridge Drive, Suite 401
Pleasanton, California 94588
Telephone     (925) 463-1073
Facsimile     (925) 463-2937
E-mail: jim@jgschwartz.com
E-mail: josh@jgschwartz.com

Attorneys for Third Party
Weiping Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MIDLAND INNOVATIONS, NV, , <br><br> Plaintiff, <br><br> vs. <br><br> WEILAND INTERNATIONAL, INC.; and WEN WANG <br><br> Defendants. | Case No.: 4:07-mc-80257-CW <br><br> [~~PROSPOSED~~] ORDER FOR SUBSTITUTION OF COUNSEL |

On August 20, 2014, third party Weiping Chen filed a Substitution of Attorneys and Order at docket number 85 herein. Having reviewed the request to substitute counsel, the Court hereby approves the request effective August 20, 2014.

IT IS SO ORDERED.

DATE: 8/28/2014

_____
Hon. Claudia Wilken

Chen, Weiping\pldg\~~Proposed~~ Order for SubofCounsel

[~~PROPOSED~~] ORDER FOR SUBSTITUION OF COUNSEL            1

# CERTIFICATE OF SERVICE

I, the undersigned, am over the age of 18 and not a party to the above-entitled action. I am a citizen of the United States, employed in the County of Alameda, State of California. My business address is:

7901 Stoneridge Drive, Suite 401<br>
Pleasanton, CA  94588<br>
Facsimile: (925) 463-2937

On the date and from the location listed below, I caused the following document(s), the original of which was produced on recycled paper, to be served in the following manner:

**[PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL**

__X__  E-MAIL – By electronic mail or as follows:

**Through the Court's CM/ECF filing system under Local Rule 5.5(b).**

Service was directed to:

| | |
|---|---|
| Allan Edward Herzlich<br>Jerome Jay Blum<br>Herzlich & Blum LLP<br>15760 Ventura Blvd #2024<br>Encino, CA 91436<br>Tel:  818-783-8991<br>Email:  allan@herzlich-blum.com<br>*Attorneys for Plaintiff* | Ming Ji<br>Vigor Law Group<br>777 N. First St., Ste. 415<br>San Jose, CA 95112<br>Tel:  408-283-9299<br>mji@vigorlaw.com<br>*Attorneys for Hongdi Ren, Interested Party* |

__X__  MAIL– By United States Mail at Pleasanton, California in an envelope with postage thereon fully prepaid or as follows:

**FIRST CLASS MAIL**

| | |
|---|---|
| Weiland International, Inc.<br>c/o Wen Wang, Agent for Service of Process<br>2956 W Castle Pine Ter.<br>Dublin, CA 94568<br>*Judgment Debtor* | Wen Wang<br>2956 W Castle Pine Ter.<br>Dublin, CA 94568<br>*Judgment Debtor* |
| Hongdi Ren<br>2956 W Castle Pine Ter.<br>Dublin, CA 94568<br>*Third Party* | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 25, 2014, at Pleasanton, California.

_____/s/_____<br>
Roberta So

Law Offices of
JAMES G. SCHWARTZ
7901 Stoneridge Drive
Suite 401
Pleasanton, CA 94588
(925) 463-1073

Certificate of Service     1     Case No. C11-2966 DMR