**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIDLAND INNOVATIONS, NV,

     Plaintiff

     v.

WEIPING CHEN, et al.,

     Defendant.

_____/

No. C-14-3430 MMC

**ORDER OF REFERRAL**

    The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Claudia Wilken for consideration of whether the case is related to Midland Innovations, NV v. Weiland Int'l Inc., et al., 07-80257 CW.  (See Compl. ¶¶ 3(c), 3(n).)

    **IT IS SO ORDERED.**

Dated:  September 23, 2014

MAXINE M. CHESNEY
United States District Judge