James G. Schwartz, Esq.   (SBN 069371)
Joshua Brysk, Esq.   (SBN 184200)
Law Offices of James G. Schwartz
A Professional Corporation
7901 Stoneridge Drive, Suite 401
Pleasanton, California 94588
Telephone   (925) 463-1073
Facsimile   (925) 463-2937
E-mail: jim@jgschwartz.com
E-mail: josh@jgschwartz.com

Attorneys for Third Party:
Weiping Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MIDLAND INNOVATIONS, NV, ,<br><br>Plaintiff,<br><br>vs.<br><br>WEILAND INTERNATIONAL, INC.; and<br>WEN WANG<br><br>Defendants. | Case No.: 4:07-mc-80257-CW<br><br>**SUBSTITUTION OF ATTORNEYS AND ORDER** |

TO THE COURT AND ALL PARTIES HEREIN:

NOTICE IS HEREBY GIVEN that Defendant Weiping Chen hereby makes the following substitution of attorneys:

1. Former Legal Representative for the above-mentioned parties:

   James G. Schwartz
   Joshua D. Brysk
   Law Offices of James G. Schwartz, P.C.
   7901 Stoneridge Drive, Suite 401
   Pleasanton, CA 94588
   Telephone: (925) 463-1073
   Fax: (925) 463-2937

2. New Legal Representative for the above-mentioned parties:

   WeiPing Chen
   2956 West Castle Pine Terrace
   Dublin, CA 94568
   Telephone: 908-727-0312

3. I consent to this substitution.

   Date: 1/18/15

   _____
   Weiping Chen

   I consent to this substitution.

   Date: 1/20/15

   _____
   James G. Schwartz
   Joshua D. Brysk
   LAW OFFICES OF JAMES G. SCHWARTZ, P.C.

4. I consent to this substitution.

   Date: 1/18/15

   _____
   Weiping Chen

///
///
///

Law Offices of
JAMES G. SCHWARTZ
7901 Stoneridge Drive
Suite 401
Pleasanton, CA 94588
(925) 463-1073

SUBSTITUTION OF ATTORNEYS AND ORDER

2

1  After review of the Substitution of Attorney, IT IS SO ORDERED:

3  Date: 1/22/2015

                                                 *Claudia Wilken*
                                                 The Hon. Claudia Wilken

6  Chen, Weiping\pldg\sub attorney 010915

Law Offices of
JAMES G. SCHWARTZ
7901 Stoneridge Drive
Suite 401
Pleasanton, CA 94588
(925) 463-1073

SUBSTITUTION OF ATTORNEYS AND ORDER         3

# CERTIFICATE OF SERVICE

I, the undersigned, am over the age of 18 and not a party to the above-entitled action. I am a citizen of the United States, employed in the County of Alameda, State of California. My business address is:

>7901 Stoneridge Drive, Suite 401
>Pleasanton, CA  94588
>Facsimile: (925) 463-2937

On the date and from the location listed below, I caused the following document(s), the original of which was produced on recycled paper, to be served in the following manner:

**SUBSTITUTION OF ATTORNEYS AND ORDER**

__X__  E-MAIL – By electronic mail or as follows:

**Through the Court's CM/ECF filing system under Local Rule 5.5(b).**

Service was directed to:

| | |
|---|---|
| Allan Edward Herzlich<br>Jerome Jay Blum<br>Herzlich & Blum LLP<br>15760 Ventura Blvd #2024<br>Encino, CA 91436<br>Tel:  818-783-8991<br>Email: allan@herzlich-blum.com<br>*Attorneys for Plaintiff* | |

__X__  MAIL– By United States Mail at Pleasanton, California in an envelope with postage thereon fully prepaid or as follows:

**FIRST CLASS MAIL**

| | |
|---|---|
| Weiland International, Inc.<br>c/o Wen Wang, Agent for Service of Process<br>Wen Wang<br>541 West 3rd St. #20<br>Reno NV 89503<br>*Judgment Debtor* | Wen Wang<br>541 West 3rd St. #20<br>Reno NV 89503<br>*Judgment Debtor* |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 20, 2015, at Pleasanton, California.

_____/s/_____
Roberta So

Law Offices of
JAMES G. SCHWARTZ
7901 Stoneridge Drive
Suite 401
Pleasanton, CA 94588
(925) 463-1073

Certificate of Service | 1 | Case No. C11-2966 DMR