IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDLAND INNOVATIONS, NV, | MC 07-80257 CW |
| Plaintiff, | JUDGMENT |
| v. | |
| WEILAND INTERNATIONAL INC., et al., | |
| Defendants. | |

For the reasons set forth in this Court's order dated November 21, 2014, Weiping Chen's third party claim is DENIED, Midland Innovations, NV's objection to Chen's undertaking is SUSTAINED and Midland's motion for order for sale of dwelling is GRANTED.  As the prevailing party, Midland shall recover its costs from Chen.  Any appeal must be taken within thirty days after entry of this judgment.  See Fed. R. App. P. 4(a)(1)(a).  Midland having withdrawn its motion to lift the injunction currently in place to prevent the sale of the dwelling, that injunction remains in effect pending appeal.  The injunction will be lifted and the dwelling sold if this judgment is affirmed.

Dated: May 20, 2015

CLAUDIA WILKEN
United States District Judge