UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDLAND INNOVATIONS, NV,<br><br>   Plaintiff,<br><br>  v.<br><br>WEN WANG, et al.,<br><br>   Defendants. | Case No.  16-cv-05316-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

  Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Claudia Wilken for consideration of whether the case is related to *Midland Innovations, NV v. Weiland International Inc.*, 07-mc-80257-CW, *Midland Innovations, NV v. Chen*, 14-cv-3430-CW, and *Chen v. Midland Innovations, NV*, 15-cv-130-CW.

  **IT IS SO ORDERED.**

Dated: September 21, 2016

                        *Kandis Westmore*
                        KANDIS A. WESTMORE
                        United States Magistrate Judge