UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 16 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MIDLAND INNOVATIONS, NV,<br><br>  Plaintiff - Appellee,<br><br> v.<br><br>WEN WANG,<br><br>  Defendant - Appellant,<br><br> and<br><br>WEILAND INTERNATIONAL INC.,<br><br>  Defendant,<br><br>WEIPING CHEN and HONGDI REN,<br><br>  Real-party-in-interest. | No. 19-15277<br><br>D.C. No. 4:07-mc-80257-CW<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |
| MIDLAND INNOVATIONS, NV,<br><br>  Plaintiff - Appellee,<br><br> v.<br><br>WEN WANG,<br><br>  Defendant - Appellant,<br><br> and | No. 19-17391<br><br>D.C. No. 4:07-mc-80257-CW<br>U.S. District Court for Northern California, Oakland |

WEILAND INTERNATIONAL INC.,

Defendant.

The judgment of this Court, entered August 07, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7